IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **DANNY ANGEL RODRIGUEZ,** | ) |
| Plaintiff, | ) Case No. 7:20CV00458 |
| v. | ) **OPINION AND ORDER** |
| **WARDEN JASON C. STREEVAL,** | ) By: James P. Jones |
| | ) United States District Judge |
| Defendant. | ) |

This matter is before me on plaintiff Danny Angel Rodriguez's motion seeking reconsideration of the summary dismissal of this civil rights action under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). After review of the record, I must deny Rodriguez's motion.

In his complaint, Rodriguez alleged two claims, regarding (a) his prison security classification within the Federal Bureau of Prisons ("BOP") and (b) the alleged refusal by BOP staff to grant him credit for jail time previously served. The court concluded that the first claim failed for reasons previously expressed by another judge of this court in rejecting a prior habeas action raising the same claim. The court also found that Rodriguez's second claim regarding credit for prior jail time served was barred under *Heck v. Humphrey*, 512 U.S. 477, 487 (1994). For these reasons, the court summarily dismissed this *Bivens* case.

-2-

In Rodriguez's motion seeking reconsideration of the dismissal of this action, he fails to offer any ground requiring amendment or alteration of the Final Order. For the reasons stated, it is **ORDERED** that plaintiff's motion seeking reconsideration of the dismissal of this action, ECF No. 9, is DENIED.

        ENTER:   May 24, 2021

        /s/  JAMES P. JONES
        United States District Judge